UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANAILSO SILVA FERNANDES, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 25-12572-BEM |
| ) | |
| ANTONE MONIZ, *Superintendent of Plymouth* ) | |
| *County Correctional Facility,* ) | |
| PATRICIA HYDE, *Acting Field Office Director,* ) | |
| *Immigration and Customs Enforcement, Boston,* ) | |
| TODD LYONS, *Acting Director of U.S.* ) | |
| *Immigration and Customs Enforcement*, ) | |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| KRISTI L. NOEM*, Secretary of the U.S.* ) | |
| *Department of Homeland Security*, and, ) | |
| PAMELA BONDI, *Attorney General of the U.S.*, ) | |
| ) | |
| Respondents. ) | |

## **FINAL JUDGMENT**

MURPHY, D.J.

In accordance with this Court's Order (ECF #9) issued on September 22, 2025, granting in part the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.

BY THE COURT,

*/s/ Barbara I. Beatty*
_____
Deputy Clerk

DATED: September 30, 2025